UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GORDON NUNES,**

    **Plaintiff,**

vs.                        Case No. 3:14cv109/MCR/EMT

**U.S. DEP'T OF JUSTICE, FEDERAL BUREAU
OF PRISONS, et al.,**

    **Defendants.**
_____/

## ORDER

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated April 1, 2014 (doc. 10). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

    Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.     Plaintiff's Motion for Remand (doc. 6) is **DENIED**.

**DONE and ORDERED** this 7th day of May, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**