**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

GORDON NUNES,

     Plaintiff,

v.                                                   Case No.:  3:14cv109/MCR/EMT

UNITED STATES,

     Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 28, 2014.  (Doc. 45).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Defendant's motion to dismiss (doc. 41) is **GRANTED**.

3.      The clerk shall enter judgment accordingly and close the file.

**DONE AND ORDERED** this 1st day of December,  2014.


s/ *M. Casey Rodgers*
_____

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**